UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-25059-UU

WINDY LUCIUS,

    Plaintiff,

v.

GO LUGGAGE SHOP INC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") and Defendant GO LUGGAGE SHOP INC ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and intend to file a Notice of Dismissal with Prejudice with the Court within sixty (60) days.

Dated: January 12, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Joseph S. Van de Bogart* |
| J. Courtney Cunningham, Esq. | Joseph S. Van de Bogart, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | VAN DE BOGART LAW P.A. |
| FBN: 628166 | FBN: 084764 |
| 8950 SW 74th Court, Suite 2201 | 2850 North Andrews Avenue |
| Miami, FL 33156 | Fort Lauderdale, FL 33311 |
| T:  305-351-2014 | T:  954-567-6032 |
| cc@cunninghampllc.com | joseph@vandebogartlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.

2