UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-25059-UU

WINDY LUCIUS,

    Plaintiff,

v.

GO LUGGAGE SHOP INC,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, WINDY LUCIUS, and Defendant, GO LUGGAGE SHOP INC, hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 21, 2021

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Joseph S. Van de Bogart* |
| J. Courtney Cunningham, Esq. | Joseph S. Van de Bogart, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | VAN DE BOGART LAW P.A. |
| Fla. Bar No. 628166 | FBN: 084764 |
| 8950 SW 74th Court, Suite 2201 | 2850 North Andrews Avenue |
| Miami, Florida 33156 | Fort Lauderdale, FL 33311 |
| Tel: 305-351-2014 | T:  954-567-6032 |
| cc@cunninghampllc.com | joseph@vandebogartlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
