IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-25059-UU

WINDY LUCIUS,

    Plaintiff,

v.

GO LUGGAGE SHOP, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, D.E. 14 (the "Stipulation"), and the Court having considered the Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Stipulation is approved, and this case is hereby dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees. The case remains closed.

DONE AND ORDERED in Chambers in Miami, Florida this 21st\_\_\_ day of January, 2021.

                                                _____
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record